IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DELANO A. MIDDLETON, )
)
Petitioner, ) CIVIL ACTION NO. CV205-064
)
v. )
)
UNITED STATES OF AMERICA, ) (Case No.: CR298-20)
)
Respondent. )

# ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Middleton also sent a letter to the Clerk of Court in which he expressed concern that the Magistrate Judge may have relied on the facts of another case to reach his conclusion in this case. Upon review of the pleadings filed in this case, it appears that the Magistrate Judge's use of the name "Brown" on two occasions was inadvertent and amounts to nothing more than a scrivener's error. The Magistrate Judge reviewed Middleton's allegations and Respondent's Motion to Dismiss and properly concluded that Middleton's motion to vacate his sentence was untimely filed. The Magistrate Judge also properly concluded that Middleton was not sentenced beyond the prescribed statutory maximum sentence he faced.

Middleton's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Middleton's motion to vacate, set

AO 72A
(Rev. 8/82)

aside, or correct his sentence, filed pursuant to 28 U.S.C.A. § 2255, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 19th day of July, 2005.

*/s/ Anthony A. Alaimo*
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)