IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 DEC -3 P 4: 09

CLERK_____
S.D. OF GA.

UNITED STATES OF AMERICA          )
                                  )
                                  )          CASE NO.: CR298-20
        v.                        )
                                  )
DELANO A. MIDDLETON               )

## O R D E R

On July 9, 2007, the United States Probation Office filed a petition alleging that Delano A. Middleton violated the conditions of his supervised release. Jeffrey S. Ward, an attorney in Brunswick, Georgia, was appointed to represent Middleton in connection with the alleged violation. Hearings were held September 25, 2007, October 2, 2007, and October 10, 2007, in Brunswick, Georgia.

Mr. Ward has submitted his claim for services and expenses. He seeks compensation in the total amount of $3,000.90. This includes $159.80 as "In Court Compensation", $2,660.20 as "Out of Court Compensation", $159.90 in "Travel Expenses," and $21.00 in "Other Expenses." The Criminal Justice Act provides that the maximum amount of compensation for services in this case is the sum of $1,500.00, unless the case involves extended or complex representation. 18 U.S.C. § 3006A(d)(2) and (3).

"In determining if an excess payment is warranted, the court should make a threshold determination as to whether the case is either extended or complex. If the legal or factual issues in a case are unusual, thus requiring the expenditure of more time, skill and effort by the lawyer than would normally be required in an average case, the case is `complex'. If more time is reasonably required for total processing than the average case

the case is 'extended'." Paragraph 2.22 B(3) of the Appointment of Counsel in Criminal Cases, Volume VII, Guide to Judiciary Policies and Procedures. "Counsel claiming compensation in excess of the statutory case limitation must submit with the voucher a detailed memorandum supporting and justifying counsel's claim that representation was provided in a complex or extended case and that the excess payment is necessary to provide fair compensation." Instructions for CJA Form 20, Item 22-29. No memorandum has been submitted by Mr. Ward.

Upon full review, it does not appear that this case should be classified as either "complex" or "extended". Accordingly, it appears that payment for services must be limited to the statutory maximum amount of $1,500.00, despite the expenditure of time by Mr. Ward as set forth on his voucher.

Accordingly, payment to Mr. Ward is hereby set at $159.80 for "In Court" services, and $1,340.20 for "Out of Court" services. A total of $1,500.00 is to be paid for services rendered. With regard to those expenses requested by Mr. Ward they are reasonable and are hereby authorized. The sum of $159.90 should be paid to Mr. Ward as reimbursement of "Travel Expenses," and $21.00 for "Other Expenses". A total of $1,680.90 is approved.

SO ORDERED, this ___3___ day of ~~November,~~ *December* 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

## CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| GAS | MIDDLETON, DELANO | **ORIGINAL** |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:98-000020-001 | | |

| 7. IN CASE/MATTER OF   (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. MIDDLETON | Felony | Adult Defendant | Supervised Release |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 2119.F -- MOTOR VEHICLE THEFT - CARJACKING

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

WARD, JEFFREY S.
GILBERT, HARRELL, SUMERFORD,
P. O. BOX 190
BRUNSWICK GA 31521-0190

Telephone Number:   (912) 265-6700

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

GILBERT, HARRELL, SUMMERFORD AND MARTIN
777 GLOUCESTER STREET
SUITE 200
BRUNSWICK GA 31520

**13. COURT ORDER**

| | | |
|---|---|---|
| X | O  Appointing Counsel | C  Co-Counsel |
| | F  Subs for Federal Defender | R  Subs For Retained Attorney |
| | P  Subs for Panel Attorney | Y  Standby Counsel |

Prior Attorney's Name: _____

Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,

☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court

09/26/2007
Date of Order                     Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.     ☐ YES     ☐ NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| **15.** | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In | d. Trial | | | | | |
| Court | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | .9 | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | .8 | | | | |
| | (Rate per hour = $ 94.00 )    TOTALS: | 1.7 x $94.00 = 159.80 | | | | |
| **16.** | a. Interviews and Conferences | 8.5 | | | | |
| | b. Obtaining and reviewing records | 2.2 | | | | |
| Out of | c. Legal research and brief writing | 2.9 | | | | |
| Court | d. Travel time | 6.3 | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | 8.4 | | | | |
| | (Rate per hour = $ 94.00 )    TOTALS: | 28.3 x $94.00 = 2,660.20 | | | | |
| **17.** | Travel Expenses (lodging, parking, meals, mileage, etc.) | | 157.90 | | | |
| **18.** | Other Expenses (other than expert, transcripts, etc.) | E | 26.60 | | $21.00 | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED)** | | $3,104.50 | | $3,000.90 | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM 9/25/07   TO 10/10/07 | | Supervised Release REVOKED |

**22. CLAIM STATUS**  ✓ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ✓ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   ☐ YES   ✓ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____     Date: 10/26/07

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT |
|---|---|---|---|---|
| 159.80 | 2,596.30 | 157.90 | 21.00 | 1,180.00 |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|
| Anthony A. Alaimo | 12-3-07 | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

12/3 Submitted to Judge

# IN-COURT HOURLY WORKSHEET

| Date | Brief Description of Services | Arraignment and/or Plea | Motions and Requests | Bail Hearings | Sentence Hearings | Trial | Revocation Hearings | Appeals Court | Other |
|------|------------------------------|------------------------|---------------------|---------------|-------------------|-------|---------------------|--------------|-------|
| 10/02/07 | Preliminary Hearing | | | | | | | | .8 |
| 10/10/07 | Revocation Hearing | | | | | | .9 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | Page Total | | | | | | | .9 | .8 |
| | In-Court  Grand Total | | | | | | | .9 | .8 |

# OUT-OF-COURT HOURLY WORKSHEET

Case Number: <u>2:98-000020-001</u>
Voucher Number: _____

| Date | Brief Description of Services | Interviews and Conferences | Obtaining and Reviewing Records | Legal Research and Brief Writing | Travel Time | Investigative and Other Work |
|------|------------------------------|-----------------------------|----------------------------------|-----------------------------------|-------------|-------------------------------|
| 9/25/07 | Review warrant petition | | .8 | | | |
| 9/26/07 | Telephone conference w/ McIntosh County jail | .3 | | | | |
| 9/26/07 | Telephone conference w/ U.S. Attorney | .4 | | | | |
| 9/26/07 | Telephone conference and meeting w/ U.S. Probation Office | .9 | | | | |
| 9/26/07 | Review sentence/arrest warrant | | .7 | | | |
| 9/27/07 | To McIntosh County for meeting w/ client | | | | .7 | |
| 9/27/07 | Meeting w/ client | 2.0 | | | | |
| 9/27/07 | Phone conference w/ Jasper County, SC, clerk of court re: records | .5 | | | | |
| 9/28/07 | Begin research/review for October 2 hearing | | | .9 | | |
| 9/28/07 | Telephone conference with defendant's South Carolina attorney | .7 | | | | |
| 10/01/07 | Travel to Ridgeland, SC to review court records | | | | 4.2 | |
| | Page Total | 4.8 | 1.50 | .9 | 4.9 | |
| | Out-of-Court  Grand Total | | | | | |

# OUT-OF-COURT HOURLY WORKSHEET

Case Number:  2:98-000020-001
Voucher Number: _____

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 10/01/07 | Review court records on South Carolina criminal charges | | .7 | | | |
| 10/01/07 | Travel to McIntosh County for meeting w/ client | | | | .7 | |
| 10/01/07 | Meeting with client | .6 | | | | |
| 10/01/07 | Research/review Federal Rules of Criminal Procedure | | | 1.1 | | |
| 10/01/07 | Prepare for October 2 preliminary hearing | | | | | 2.7 |
| 10/02/07 | Finalize cross-examination preparation | | | | | .9 |
| 10/02/07 | Finalize constitutional arguments | | | | | .7 |
| 10/02/07 | Meeting w/ client before hearing | .4 | | | | |
| 10/02/07 | Correspondence w/ U.S. Attorney and U.S. Probation | | | | | .4 |
| 10/05/07 | Conference call regarding stipulation/revocation hearing | .5 | | | | |
| 10/08/07 | Review sentencing guidelines re: 10/10 hearing | | | .9 | | |
| 10/08/07 | To McIntosh County for meeting w/ client | | | | .7 | |
| 10/08/07 | Meeting w/ client | 1.5 | | | | |
| 10/08/07 | Conference w/ U.S. Attorney re: stipulation | .3 | | | | |
| 10/09/07 | Prepare for October 10 Revocation Hearing | | | | | 3.2 |
| 10/10/07 | Final preparations for hearing | | | | | .5 |
| 10/10/07 | Meeting w/ client | .4 | | | | |
| | | | | | | |
| | Page Total | 3.7 | .7 | 2.0 | 1.4 | 8.4 |
| | Out-of-Court  Grand Total | 8.50 | 2.20 | 2.90 | 6.30 | 8.40 |

OTHER EXPENSE WORKSHEET

| Date | Brief Explanation | Travel Expense | | | | Other Expense | | | | |
|------|-------------------|---------|---------|-------|---------|---------|---------|---------------|-----------|--------|
|      |                   | Mileage | Parking | Meals | Lodging | Copying | Postage | Toll Calls | Telegrams | Other |
| 9/27/07 | To McIntosh County for meeting w/ client | $23.28 48 x .485 | | | | | | | | |
| 10/01/07 | To Ridgeland, SC for review of court records | $85.36 176x.485 | | | | | | | | |
| 10/01/07 | To McIntosh County for meeting w/ client | $23.28 48 x .485 | | | | | | | | |
| 10/01/07 | Certified Copies | | | | | 21.00 | | | | |
| 10/01/07 | Lunch | | | 4.70 | | | | | | |
| 10/08/07 | To McIntosh County for meeting w/ client | $23.28 48 x .485 | | | | | | | | |
| 10/10/07 | Charge for hearing transcript | | | | | | | | | 105.60 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | Sub-Total Amount Per Item | $155.20 | $0.00 | $4.70 | $0.00 | $21.00 | $0.00 | $0.00 | $0.00 | $105.60 |
| | **Total Amount Per Item** | **$155.20** | **$0.00** | **$4.70** | **$0.00** | **$21.00** | **$0.00** | **$0.00** | **$0.00** | **$105.60** |

%CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 113j | DELANO MIDDLETON | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| CR298-20 | 1 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA V. DELANO MIDDLETON | ☑ Felony  ☐ Petty Offense  ☐ Misdemeanor  ☐ Other  ☐ Appeal | ☑ Adult Defendant  ☐ Appellant  ☐ Juvenile Defendant  ☐ Appellee  ☐ Other | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
VIOLATION OF SUPERVISED RELEASE

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

**Final Revocation Hearing**

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

**Preliminary Revocation Hearing held on 10-02-07 before Judge Graham**

| 14. SPECIAL AUTHORIZATIONS | | JUDGE'S INITIALS |
|---|---|---|
| A. Apportioned     % of transcript with (Give case name and defendant) | | |
| B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☑ Realtime Unedited Transcript | | |
| C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | | |

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

X _____ Signature of Attorney     Date 10/9/07
Jeff Ward
Printed Name
Telephone Number: 912-265-6700
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court
Date of Order 10-9-07     Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
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
Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original (expedite) | 1-24 | 24 | 4.40 | | 0 | 105.60 |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | 105.60 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee C. Joan Mobley     Date 10-10-07

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.
Signature of Attorney or Clerk     Date 10-10-07

**APPROVED FOR PAYMENT - COURT USE ONLY**

23. APPROVED FOR PAYMENT
Signature of Judge or Clerk of Court     Date 10-10-07

24. AMOUNT APPROVED
105.60